Illona A. RAMSEY, Petitioner

v.

MERIT SYSTEMS PROTECTION BOARD, Respondent.

No. 2015–3192.

United States Court of Appeals, Federal Circuit.

April 12, 2016.

Erin Lawrence, Frommer Lawrence & Haug LLP, New York, NY, argued for petitioner.

Stephen Fung, Office of the General Counsel, Merit Systems Protection Board, Washington, DC, argued for respondent. Also represented by Bryan G. Polisuk.

PROST, Chief Judge, NEWMAN and LOURIE, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.